UNITE STATES DISTRICT COURT

Southern DISTRICT OF FLORID

Gary R. Riess
        Plaintiff

CASE NO: _____

FILED BY ✗ D.C.

FEB 25 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

VS.

PAlm Beach Sheriff's office  ie, AL
Rick BradShaw , Sheriff
ZACHARY M. HAll Deputy ID 37525
Garret M. BecHtel Deputy ID 9216
Justin Tolbert  Deputy ID 18338
ANDrew Starr  Deputy ID 29001
Jerrie R. Obray  Deputy ID 6250
Deputy LAMARA
Sgt. White
Doctor AlexANDra
WellpATH medical

DefendanTS

A ComplainT uNDER THE Civil RightS
ACT, 42 U.S.C § 1983

pg 1 OF 16

# I. PARTIES

A. NAME of PLAINTIFF: Gary R. Riess

Inmate #: 0531835

ADDRESS: Main Detention Center
P.O. Box 24716
West PAlm Beach, FL. 33416

B. Defendants   PAlm Beach Sheriff office

1. DefendanT: Rick BRAD SHAW

is employed as: SHeriff

AT: Main Detention Center
3228 Gun club Road
West PAlm Beach, FL. 33416

ADDitional DEFENDANTS:

2. DefendanT: ZACHARY m. HAll   ID.# 29819

is employeD As: Deputy

AT: Main Detention Center
3228 Gun club Road
West PAlm Beach, FL. 33416

3. Defendant: Sean m. MAlyNN   ID# 37525

is employeD As: Deputy

AT: Main Detention Center
3228 Gun club Road
West PAlm Beach, FL. 33416

4. Defendant: GARRET M. BECHT
   IS employed AS: K9 Deputy
   AT:      MAIN Detention Center
            3228 GUN Club Road
            west PAlm BeacH, FL. 33416

5. Defendant: Justin Tolbert ID# 18338
   is employed AS: K9 Deputy Supervisor
   AT:      MAIN Detention Center
            3228 GUN Club Road
            westPAlm Beach, FL. 33416

6. Defendant: Andrew Starr ID# 29001
   is employed AS: Deputy Supervisor
   AT:      MAIN Detention Center
            3228 GUN Club Road
            westPAlm Beach, FL. 33416

7. Defendant: Jerrie R. OBray ID# 6250
   is employed AS: Deputy
   AT:      MAIN Detention Center
            3228 GUN Club Road
            westPAlm Beach, FL. 33416

8. Defendant: LAMARA          ID # UNKNOWN
   is employed AS: ~~Sargeant~~ Deputy
   AT:      MAIN Detention Center
            3228 GUN Club Road
            westPAlm Beach, FL. 33416

9. Defendant: white    ID # UNKNOWN
   is employed AS: SArgeant
   AT:      MAIN Detention Center
            3228 GUN club Road
            west PAlm BeacH, FL.
                              33416

                  Pg 3 of

10, Defendant: Doctor Alexandros
    is employed As: physician / Doctor
    AT;        main Detention center
               wellpath medical Dept.
               3228 Gun club Road
               westpalm Beach, FL. 33416

11. Defendant: wellpath medical Dept.
    is employed As: medical Dept.
    AT!        main Detention center
               3228 Gun club Road.
               westpalm Beach, FL. 33416

II. All Defendants Acted and Continue to Act
    under color of state law at All times
    relevant to this complaint.

## STATEMENT OF CLAIM

All Defendants herein are sued in there
official and individual capacity.
Defendant's have Violated 4, 14, and 8
Amendment of plaintiff's Constitution
Right, Along with His Due process Right.

## III   STATEMENT OF FACTS

    On December 14, 2024 Deputy Zachary
Hall ID #29819 Alleges that the plaintiff
here in Gary R. Riess Fleed and eluded
him at a High speed During his Attemp to
conduct a Traffic Stop on a City street
with Road Construction.
    Deputy Zachary Hall ID #29819
Further state's in a Sworn / Notarized
police Report The plaintiff herein was
Riding a motorcycle AT Approx:
3:00 am and There was No Tag
Light on

    pg 4 of/16

He followed the motorcycle on to
The property of Cumberland Farms
Gas station were it State's Everyone
was at Cumberland gas station long
enough for Deputy Zachary Hall to run
a check that he could clearly Identify
the Driver As The plaintiff As The register
owner Gary Riess and a Recorded check
Revealed That Riess Has several out
standing warrants in westpalm Beach
AND Broward County, ID # 29819
        Deputy Zachary Hall ID The property
states the vechile Exited The property AT this
of Cumberland farms which he Attemps to conduct
point State's he Attemps to Allege
A Traffic stop and it is Alleged
that the plaintiff herein was Attempting
to flee and continued To keep Driving.
    on December 15, 2024 Deputy Zachary Hall
ID # 29819 states He Did A follow-up investigation
and conducted surveillance at the plaintiff's
residence and upon his Arrival on foot Admits
To Discovering A motorcycle in the Driveway
That was Fully covered on "private property"
And Not visable to the naked eye
He Also Admits to peeking in the
North west Bedroom window that is
solelly on private property. NOTE!
The windows Are Fully Tinted with one
way mirror Tint for privacy violateing the
plaintiff's 4 and 14 Amendment of the
constitution Right.
            Pg 5 of

It is further stated by ZACHARY HALL he observed the plaintiff and a female companion in the Bedroom and apperently calls for Back up approxitmatelly (15) Deputys Arrive to the residence Includeing (two) k9 units for a WARRANT for a misDemeanor Driving on a suspended License and the allegement of fleeing and eludeing the night Before.

The female Companion a known Drug ADDicT and prostitute to Both Deputys ZACHARY HALL ID #29819 and Deputy SEAN MALYNN ID# 37525 who HAve illegally interacteD/with heR for FAvors.

The female Companion took her Dog, AND left the plaintiff's Residence, it should be noted she was also wanted by the police, AT This Time The electric to the residence was than shut off by All The Defendant's herein to kill the plaintiff's security cAmeras Inside and outside of the residence. Nobody knocked or Rang The Door Bell out of no were The plaintiff seen Shadows running out side His Bedroom window were the plaintiff was scared and went To His Bathroom, As He DiD Not know if it maybe A Home INVASION as there HAS been a few in the Trailer PARK. mintues

Pg 6 OF /6

Later the plaintiff heard police in the House He than openDED Bathroom window to see police and than heard Dogs Barking. He Told the police out side the winDow IAm coming out please remove The K9 I HAVE PTSD from Dog Bites The Deputy's ACKNOWleged and SAID OK. The plAintiff Turned To come out and kept SAying please, please remove the Dog IAm coming out.

K9 Deputy Justin Tolbert ID # 18338 and K9 Deputy GArret M. BecHtel ID # 9216 violAteD the plAintiffs 4, 14, and 8 Amendments Excessive Force, Cruel and unusAl punishment as they KickeD in the Bathroom Door SickeD the K9 Dog on the plAintiff For Approxitmately 4-6 mintues, plAying (Tug A WAR) were the officer's were pulling so HArD on the Dogs leASH/lAughing while The K9 mAuleD The plAintiff'S ForeArm ThAt The (K9 Dogs) TooTH Broke OFF into the plAintiff Bone. As The plAintiff BeggeD FOR mercy For Them to please get the Dog to Be PuncheD, KickeD iN THE

Pg) 7 of 16

head Knocking the plaintiffs Tooth out several teeth are loose and Knocking "The plaintiff Out UN-Concious"

The plaintiff woke up in the Drive way HAND CUFFED so HARD that He Begged For Deputy's and Deputy Jerrie R. Obray # 6250 To Loosen The (Left) HAND Cuff To Be ToId You would NEVER Run on a motorcycle Again As he couID no longer feel his Left HAND whicH is The SAme Arm The Dog "MauIeD To The Bone" And The cuff WAS so EMBEDDED ANOTHER Deputy SEAN MALYNN ID# 37525 SAiD Fuck off LAughing saying think Next time you want to Run VioLAteing plAintiff's 4th and 14th Amendment FAiluer To intervein anD Exsessive force were The cuff Remained cut into The plAintiff's (Left) wrist until he finally got to The Hospital Approx 30-60 mintues LATER AS The PLAintiff WAS TAKing To (Two) Hospitals were PlAintiff HAD To under Go EmergANcy Surgery To Left Fore Arm and Left wrist from The visous Dog bite and HAND CUFFS, further Do to the Deputys Excessive and force of the Blows to the FACE and temple AreA causeing A "Degeneration and perminant impairment of vision. The Hospital HAD to Surgically Remove A Dog's tooth out of the plAintiff's foreArm Bone, HAD to stich The cuts from The HAND Cuff on Left wrist Approximately 18-25 stiches in wrist

pg 8 OF 16

Over 25 metal staples, more stiches inside of the Dog Bite Along with the skin Graft.

Furthermore 12-15 puncture wounds Along the forearm Area. The plaintiff Further states AND Admit's There was a warrant for failuer To Appear were his License was suspended for NON-child Support payment And Alleged Flee and eludeing The Arresting Deputy Zachary Hall ID#29819 Also charged The plaintiff in The Above incident "Resisting Arrest with out violance.

The excessive force used within has permanentlly Disabled The plaintiff were The plaintiff's predominate Left HAND Does NOT Properly function (Two) fingers Do NOT properly Open, There is permanant Nerve Damage.

The plaintiff herein AT ~~XXX~~ No Time show

① violent Actions, motive that he would or Attempt to Flee AND NOT Comply with orders.

② Furthermore The plaintiff was in contact with Deputy's and said he was coming out. This was The conversation with the Deputy's The plaintiff was in His Bathroom a closed Area and the Bodily Harm and permanent Disfigurement was UNJust.

pg 9 of 16

On 12-15-24 PLAintiff WAS ADMITTED and Kept in Hospital for Almost a month Do to the INJury's sustained by the Deputy's herein.

The plaintiff's public Defender/ATTorney SenT her investigator DAWN ZOOK To ST. MArys Hospital to interview the plAintiff which AT This Time mrs. ZOOK WANTED To TAKE photo's of All INJury's caused by the excessive force from The PLAintiff's "FACE" to the "Dog Bite" But the Deputy Deputy LAMARA who wAS superviseing the plAintiff told The investigator DAWN ZOOK she CAN NOT TAKE Photo's and to ConDuct her interview and This WAS ORDERED By sergeanT white I D # UNKNOWN, Violateing The plAintiff's Due process and interfearing with Evidence in a Court proceeding, with the intent To cover up The Deputy's Abuse To The plAintiff.

On or around The 1st week in JANUARY 2025 The plAintiff WAS cleARED AND Discharged From St. mArys Hospital to the care custody and Control of pAlm Beach sheriff Office with specific instructions for The medical Dept. RAN by wellpAtH and over seen by sheriff Rick BrAD Shaw, pAlm Beach sheriff office.

pg 10 OF 16

The medical Dept. In the JAIL FAILED to
Follow the orders From The surgent upon
The plaintiff's Discharge and Discharge
paper work. FAiled to properly give
plaintiff medication prescibed by Hospital.
Doctor/physician Alexandra FAiled To
Remove staples and stiche's in The Time
ordered by surgent, Leaveing them in
an extra 3-4 weeks causeing skin to
grow over staples and Just Disregarding
the Hospital's Discharge orders In
writting. The plaintiff Told his Lawyer,
wrote grievance's that HAVE NOT been
Responded To up To DATE. The staples
were finally Removed But in retalAtion
plaintiff's medication was Stop, He
couID NOT get it re-Newed. The
plaintiff HAD To Beg wound care
Nurse's to Request A re-Newal
OF tyneol/ADvil. Physician AlexaNdra
only seen plaintiff 1x since he was
Discharged from hospital, who refuses To
give The plaintiff Anything Stronger Than
ADvil, who refuse's to Look and review
His paper work from the HospitAl. Who stated
This is JAil and we Dont give Anything

pg 11 OF 16

Stronger Than Tynol or Advil, For the injurys the plaintiff Has mentioned herein This complaint, who Has servere Nerve Damage and who only Has been out of (two) surgery's Approx. 70 Days ~~xxx~~ Violated the plaintiffs Right To Adequate medical CARE, Dilibrate indifference 8th Amendment Cruel & unusal punishment malpractice.

The plaintiff herein wrote grievance's And cause The Dog Bite Herein is from the Same Deputy's who House The plaintiff at the JAil. The plaintiff Did Try To resolve and EXHAust His remedys To No prevAil and To make it Harder For Him To get proper medical CARE less Than 70 DAy's Outside Two Surgerys, RemoveAl of A Dogs TooTH out Of A Human's Bone.

## IIII.      ReLiEF

wherefore The plaintiff requests that the CourT grant the Following Relief:

A. Issue A DeclarATory JudgemenT stAteing that

1. The Physical Abuse AN Excessive Force to the plaintiff by Defendants Justin tolbert and Garret m. BechTel ViolAteD the plAintiff's 4, 14th and 8th Amendment to the united states Constitution and constituted AssAult and BATTery

pg 12 OF 16

under state LAW.

2. Defendants ZACHARY HALL, SEAN ~~R~~ MAlYNN ANDREW starr, Jerrie Obray FAilver To intervein, Exsessive force Violated The plaintiffs' 4, 14 and 8th Amendment To The constitution.

3. DefendanT's Deputy LAMArA & sgt. white Violated The plaintiffs Due process Right By Refuseing Attorney to take photos of INJury's caused by all Defendant's for court purpose

4. Defendant ~~Set~~ ~~the~~ Doctor/physician AlxANDra and wellpAtH FAiling to provide Adequate medical care for the plaintiff Violated and continues to Violate the plaintiff Rights under the 8th Amendment to the U.S.C.

5. ~~Rebecca~~ Defendant Rick Brad Shaw, sheriff negligence violateing plaintiff DueProcess As he over see's operation and procedures of All DefendanTs.

(B) 1. Issue an inJunction To ~~Doctor~~ /well-pAtH medical Dept. To HAve The plaintiff's Dog Bite, Nerve DAmage EXAmined by A QuAliFieD physician prescribe Adequate medications for INJury.

Pg 13 OF 16

immediately Arrange for the plaintiff
Need for physical Therapy OR other
Follow-up medical treatment to be
evaluated by A <u>specialist</u> outside
of wellpath medical Dept. with expertise
in the treatment and restoration and
function of The plaintiff's Left
HAND.

2. carry out without Delay the treatment
Directed by Such medical practitioner

(c) Award Compensatory Damages in The Following
Amounts:

1. $250,000 Jointly and severally against
Defendants, Justin tolbert, Garret M. Bechtel
Zachary m. Hall, Andrew Starr, Sean Malynn
for The physical and Disability, emotional
iNJuries caused by The K9 Dog Excessive
Force and Beating

2. $50,000 Jointly and severally against
Defendants wellpath medical and Doctor
Physician Alexandra for physical and
emotional iNJury resulting from their
Failure to provide Adequate medical
care to the plaintiff, for His iNJuries

pg 14 of 16

D. AWARD punitive DAMAGES in the following AMOUNTS:

1. $50,000 EACH Against DefendanTS Justin Tolbert, Garret m. BechTel

2. $20,000 each ~~Against DefendanT~~ Against DefendanT's ZACHARY m. HAll, SEAN MAlYNN, ANDrew stArr

3. $10,000 each Against Defendant's Jerrie obray, Deputy LAmara Sgt. White

4. $15,000 EACH Against DefendanTS Physician AlexANDra, Rick BradShaw

E. Grant SucH other relief as it mAY Appear that ~~the~~ plAintiff is entitleD.

<u>IV</u>. plAintiff herein Demands Jury Trial.

pg 15 <u>of</u> 16

Signed this _18_ DAY OF _FebUAry_/2025

_Gary R. Riess_
GARy R. Riess pro se

I DeclAre under penalty of perJury
that the Foregoing is true and
correct To The Best of my Knowlege

2/18/25

_Gary R. Riess_
GAry R. Riess pro se
Inmate # 0531835
mAin Detention center
P.O. Box 24716
west PAlm Beach, FL.
33416

pg 16 _of_ 16

Gary Press #053835 Fm2
Main Detention Center
P.O. Box 24716
westpAim Beach, FL. 33416

U.S. Marshal Serv
Contents
Post!

LEGAL
MAIL

CleRK oF THE
United StAtes District Court
SouthERN District of FlociDA

299 E. BrowArD BlvD.
(suite 108)

Ft. lAuDERDAle, FL.
33301



Attention:
This Letter Originates From The Palm Beach
County Facility Inmate Mail Is Uncensored
The Sheriff Cannot Assume Responsibility
For Its Contents

Gary Press" 0531855
main Detention center
P.O. Box 24716
westpAlm Beach, FL. 33416



U.S. Marshal Service
Hamients
Post 1



UNited STATES Distric
southern District OF

legal

299 E. BroWARD



T CourT
FloriDA

BIVD
(Suite 108)