UNITED STATES DISTRICT COURT
Southern District of Florida

Gary R. Riess pro'se
 Plaintiff,

VS

Palm Beach Sheriff's Office ie, AL,

Case No: _____

FILED BY _____ D.C.
FEB 25 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## Notice / motion

Plaintiff herein has attached this Notice along with complaint, and motion to proceed without payment due to indigency.

The plaintiff here in is in custody at Palm Beach Sheriff Dept. and is having problems of being excepted as a pro'se litigant and the jail refuses to pay any postage until I prove to them I am were the plaintiff was limited of to what he could enclose in the initial envelope which consisted of

1. ~~~~ Complaint (1) copys
2. Form to proceed without prepayment fee or cost
3. The foregoing Notice

pg 1 of 2

The complaint here in consist of (11) Defendants the plaintiff will forward another (9) copys of the complaint so the service can be done.

The plaintiff seek's an order from this court stating,

1) The plaintiff is pro se

2) The plaintiff shall forward (11) more copys of complaint to this court

Respectfully submitted on this 18 day of Feb. 2025.

2/18/25

Gary R. Riess pro se
Gary Riess pro se
Inmate # 053/835
Main Detention Center
P.O. Box 24716
West Palm Beach, FL.
33416

pg 2 of 2